UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.  Criminal No. 4:03cr117-01

FABIAN SUTPHIN,

Defendant.

## ORDER

This matter is currently before the Court on a Petition alleging that Defendant Fabian Sutphin has violated the terms of his supervised release. On October 22, 2004, pursuant to a written plea agreement, United States District Judge Jerome Friedman sentenced Mr. Sutphin to a total term of 264 months' imprisonment. Mr. Sutphin was released from prison and he began a four-year period of supervised release on January 11, 2019.

The Petition currently before the Court was filed on December 9, 2019. On February 11, 2020, a Second Addendum to the Petition was entered, and on February 18, 2020, a Third Addendum to the Petition was entered. On February 19, 2020, Mr. Sutphin appeared before this Court, with counsel, for a hearing on the Petition. For the reasons stated on the record during that hearing, the Court finds that Mr. Sutphin violated the terms of his supervised release, and the Court REVOKES his supervised release. Mr. Sutphin is REMANDED to the custody of the United States Marshals Service. After considering, in detail and on the record, the factors set forth in 18 U.S.C. § 3553(a), the Court imposes a term of imprisonment for the rest of the day.

Upon release, Mr. Sutphin will serve an additional sixty months less one day term of supervised release. Mr. Sutphin must follow the standard conditions of supervised release, the special conditions previously imposed, and any additional special conditions imposed by the

United States Probation Officer. The Court adds the additional condition that Mr. Sutphin must participate in a mental health treatment program approved the United States Probation Office of this Court. If requested by Mr. Sutphin, the Court recommends that the United States Probation Office make available to Mr. Sutphin an opportunity to again participate in substance abuse treatment.

The Clerk is **REQUESTED** to send a copy of this Order to Mr. Sutphin, his counsel, the United States Attorney's Office, and to the United States Probation Office of this Court.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

February 19, 2020
Norfolk, Virginia