UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.  Criminal No. 4:03cr117-01

FABIAN SUTPHIN,

Defendant.

## AMENDED ORDER

This Order is issued to clarify that Defendant Fabian Sutphin appeared before this Court on February 19, 2020, with counsel, for a hearing on a Petition and addenda regarding supervision violations. For the reasons stated on the record during that hearing, the Court found that Mr. Sutphin violated the terms of his supervised release, and the Court REVOKED his supervised release. Mr. Sutphin was REMANDED to the custody of the United States Marshals Service. After considering, in detail and on the record, the factors set forth in 18 U.S.C. § 3553(a), the Court imposed a term of imprisonment for one day. The entirety of the Order that issued on February 19, 2020 that revoked supervision and remanded Defendant to the custody of the United States Marshals Service is adopted herein and remains in full force, with the following addendum: upon release from custody, Mr. Sutphin will serve an additional sixty months less one day term of supervised release; **additionally for the first twelve months of supervision, Mr. Sutphin shall comply with home electronic monitoring. During the period of home confinement, he shall remain at his place of residence except for employment, education, substance abuse treatment, appointments with the Probation Officer, medical appointments, religious activities, and other activities approved in advance by the probation officer. All conditions previously imposed remain in effect;** Mr. Sutphin must follow the standard conditions of

supervised release, the special conditions previously imposed, and any additional special conditions imposed by the United States Probation Officer. The Court adds the additional condition that Mr. Sutphin must participate in a mental health treatment program approved the United States Probation Office of this Court. If requested by Mr. Sutphin, the Court recommends that the United States Probation Office make available to Mr. Sutphin an opportunity to again participate in substance abuse treatment.

The Clerk is **REQUESTED** to send a copy of this Order to Mr. Sutphin, his counsel, the United States Attorney's Office, and to the United States Probation Office of this Court.

**IT IS SO AMENDED AND ORDERED.**

/s/
_____
Arenda L. Wright Allen
United States District Judge

February 27, 2020
Norfolk, Virginia